AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00283 |
| Philip Walker | ) | Assigned To : Judge Moxila A. Upadhyaya |
| | ) | Assign. Date : 9/6/2024 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Philip Walker,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Philip Walker:
18 U.S.C. § 2111- Federal Robbery;
18 U.S.C. § 113(a)(2) - Assault with the intent to commit any felony;
18 U.S.C. § 113(a)(4) - Assault by striking, beating, and wounding;
18 U.S.C. § 1363 - Destruction of property within the maritime or Territorial Jurisdiction of the United States;
18 U.S.C. § 1752(a)(1) - Enter and remaining in a restricted building or grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in physical violence in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of violence in the Capitol grounds or buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/06/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

### Return

This warrant was received on *(date)* 9/6/2012, and the person was arrested on *(date)* 9/12/2024
at *(city and state)* Newtown Square, PA

Date: 9/13/2024

*Arresting officer's signature*

SA John A McKinley
*Printed name and title*