AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00283 |
| Philip Walker | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 9/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Philip Walker,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Philip Walker:
18 U.S.C. § 2111- Federal Robbery;
18 U.S.C. § 113(a)(2) - Assault with the intent to commit any felony;
18 U.S.C. § 113(a)(4) - Assault by striking, beating, and wounding;
18 U.S.C. § 1363 - Destruction of property within the maritime or Territorial Jurisdiction of the United States;
18 U.S.C. § 1752(a)(1) - Enter and remaining in a restricted building or grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in physical violence in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of violence in the Capitol grounds or buildings;
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/06/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

---

### Return

This warrant was received on *(date)* 9/6/2012, and the person was arrested on *(date)* 9/12/2024
at *(city and state)* Newtown Square, PA.

Date: 9/13/2024

*Arresting officer's signature*

SA John A McKinley
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGISTRATE JUDGE Craig M. Straw<br>COURTROOM DEPUTY Donna Croce | : | DATE: September 12, 2024 |
| | : | HEARING TYPE: IA/AC |
| Interpreter's Name:<br>Language: | : | Court Reporter: Kenny Duvak |
| Hearing held: Philadelphia<br>Courtroom: 5A | : | |
| UNITED STATES OF AMERICA | : | NO.   24MJ1487 |
| v. | : | AUSA: Jeanette Kang |
| PHILLIP WALKER | : | DEFENSE COUNSEL: Jeremy Isard for today only |

## MINUTE SHEET

  2   minutes – Initial Appearance
3 minutes – Appointment/Status of Counsel
     minutes – Probable Cause
     minutes –  Detention
     minutes – Arraignment
     minutes – Competency
     minutes – Bail Revocation
 6   minutes – Bond
     minutes – Extradition
     minutes – Pro se Waiver of Counsel/Faretta
 4   minutes – Removal/Identity


**TOTAL TIME IN COURT  16 Minutes**

(Form Revised 1/2024)

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24mj1487 |
| Phillip Walker | ) | |
| Defendant | ) | Charging District's Case No. 1:24mj283 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/12/2024

*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | *CRIMINAL OR MAGISTRATE* |
| | : | |
| v. | : | |
| | : | |
| PHILLIP WALKER | : | NO. 24MJ1487 |

## BAIL STATUS ORDER

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or as otherwise indicated, the following ORDERS were issued:

**A. Counsel**

☐ Defendant MOVED for appointed counsel.  Following a colloquy on Defendant's financial qualifications, IT IS ORDERED that the Motion is GRANTED.  *The Federal Community Defender Office or Name of Attorney from CJA Panel, Esq.,* IS APPOINTED to represent Defendant.

**B. Detention/Release**

☐ The Government MOVED for detention and a continuance to prepare its detention motion.  The Motion is GRANTED, and Defendant is detained pending a hearing on the Government's detention motion.  A detention hearing and *arraignment or preliminary hearing* will take place on          .

☐ The Government MOVED for detention and Defendant stipulated to detention.  For the reasons stated on the record, the Court accepts Defendant's stipulation and the Motion is GRANTED.  Defendant is DETAINED pending further proceedings.

☐ Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is GRANTED.  Defendant is DETAINED pending further proceedings.

☐ Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is DENIED.  See attached Conditions of Release Order.

☒ **The Government and Defendant have agreed to conditions of release.  For the reasons stated on the record, the Court approves the conditions.  See attached Conditions of Release Order.**
☐ The Government's prior oral or written Motion for Detention is DENIED as moot.

**C. Probable Cause (for Complaints and Probation/Supervised Release Violations)**

☐ The Defendant stipulated to probable cause.  Upon independent review, the Court accepts the stipulation and makes a finding of probable cause.

☐ Following a hearing, probable cause was found by the Court.

☐ Following a hearing, the Court found <u>no</u> probable cause.  The charges are DISMISSED.

**D. Arraignment/Brady**

☐ Defendant pleaded Not Guilty to All Count(s).  Parties have 14 days to file pretrial motions.

☒**The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.**

**E. Charges Arising in Non-Arrest District (Rule 5(c)(2))**
☒**Defendant stipulated to identity, or**
☐Defendant was found to be the person named in the warrant, **and**

☐Defendant has no right to a preliminary hearing because he was indicted, or
☐Probable cause was found,
☐Defendant has a right to a preliminary hearing, but elected to have the hearing in the charging district; **and**

☐Defendant was released or ordered detained in section B above, or
☐The Government MOVED for Detention and Defendant elected to have his detention hearing in the charging district. The Government's Motion is GRANTED and Defendant is detained pending a detention hearing in the charging district.

☐The Government ☐has *not* proved that defendant is the person named in the warrant. Defendant is RELEASED.
☐ The Court found *no* probable cause. The charges are DISMISSED.

**G. Violation of Bail Conditions (18 U.S.C. § 3148)**
☐The Government's Motion to Revoke Bail is DENIED.
☐See attached Conditions of Release Order, or
☐Conditions of Release remain as previously set.

☐The Government's Motion to Revoke Bail is GRANTED. Bail is REVOKED and Defendant is detained.

☐Defendant is detained pending a final revocation hearing before Judge     .

**H. Other**
☐During the hearing the *Government/Defendant* MOVED to continue the *detention hearing/preliminary hearing/arraignment* . The motion is *GRANTED OR DENIED*. The hearing will take place on     .

☐Prior to the scheduled hearing, the court received a request by *telephone/email/letter* from *the Government/Defense* to continue the *detention hearing/preliminary hearing/arraignment* . The request is treated as a MOTION, and upon consideration, IT IS ORDERED that the Motion is *GRANTED/DENIED*. The hearing will take place on     .

☐ The *Government/Defendant*  MOVED for a competency assessment.  The motion is *GRANTED/DENIED*.  See separate order.

☐ Following a hearing, Defendant was found *competent/not competent* to proceed to trial.  See separate order.

☐ Other

BY:

/s/ Craig M. Straw

_____
CRAIG M. STRAW
United States Magistrate Judge
Dated:  September 12, 2024

(Form Revised 1/2024)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :    CASE NO.
                                    :
____Philip Walker_____  :

## CONDITIONS OF RELEASE ORDER

| BAIL |
|------|

Defendant is **released on bail** in the amount of: $50,000
    __X__ **O/R**
    _____ **cash**
    _____ **secured by:**
        _____ **% cash**
        _____ **property at:**
        _____ **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| PRETRIAL SERVICES |
|-------------------|

__X__ Defendant shall report to Pretrial Services:
       __X__ **as directed** by Pretrial Services.
       _____ times per week **in person**.
       _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **location monitoring** at the following address:

_____

_____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

_____ **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

| PASSPORT |
|---|

\_\_X\_\_   Defendant shall surrender and/or refrain from obtaining a **passport**.

| TRAVEL |
|---|

\_\_X\_\_   Travel is restricted to the **Eastern District of Pennsylvania, and the District of Columbia (for court purposes only)**.
_____   Travel is restricted to the _____.
\_\_X\_\_   Unless prior permission is granted by Pretrial Services.

| FIREARMS |
|---|

\_\_X\_\_   Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

\_\_X\_\_   Defendant shall have no contact with **any victims, co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____   Defendant must maintain present **employment**.
_____   Defendant must **actively seek** gainful employment.
_____   Defendant shall undergo a **mental competency evaluation**.
\_\_X\_\_   Defendant must reside:

      **at**:   \_an address as approved by Pretrial Services_____

      **with**: _____

| COMPUTERS/INTERNET |
|---|

_____The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to

insure compliance with the imposed restrictions.

_____**No computer, no internet-connected devices**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____**Other Restrictions**:

**OTHER CONDITIONS:**

The defendant must appear as directed in the District of Columbia for all future court proceedings.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail, immediate issuance of an arrest warrant, imprisonment pending trial, and an additional term of imprisonment of up to 10 years, if the violation is a felony, and up to one year, if the violation is a misdemeanor.

_____
J. JEANETTE KANG
ASSISTANT U.S. ATTORNEY

~~ERIC WINTER~~ Jeremy Isard
DEFENSE ATTORNEY

It is so ORDERED this ___12th___ day of ___September___, 2024.

BY THE COURT:

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE/DISTRICT JUDGE

EDPA Appearance Bond (09/2022)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>PHILLIP WALKER<br>*Defendant* | Case No. 24MJ1487 |

## APPEARANCE BOND

### Defendant's Agreement

I, _____PHILLIP WALKER_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

  ( ☐ ) to appear for court proceedings;
  ( ☐ ) if convicted, to surrender to serve a sentence that the court may impose; or
  ( ☐ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ __60,000__ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

  ( ☐ ) (a) $ _____ , in cash deposited with the court.

  ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

  _____
  _____

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

  _____
  _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9/12/2024

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CRAIG M. STRAW, U.S. MAGISTRATE JUDGE

BY: _____
Donna Marie Croce, Deputy Clerk

CLERK OF COURT

BY:

Date: 9/12/2024

_____
*Deputy Clerk*

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                       Page __1__ of __1__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: PHILLIP WALKER

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Philadelphia, PA
_____
*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 9/12/2024                                            _____
                                                                         *Judicial Officer's Signature*

                                                           CRAIG M. STRAW, U.S. MAGISTRATE JUDGE
                                                           _____
                                                                         *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24MJ1487 |
| PHILLIP WALKER | ) | |
| | ) | Charging District: District of Columbia |
| Defendant | ) | Charging District's Case No. 1:24mj283 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Via Zoom before Magistrate Judge G. Michael Harvey, District of Columbia | Courtroom No.: Zoom link to be provide to counsel |
|---|---|
| | Date and Time: 9/12/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/12/2024

_Judge's signature_

CRAIG M. STRAW, U.S. MAGISTRATE JUDGE
_Printed name and title_

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-01487-1

| | |
|---|---|
| Case title: USA v. WALKER | Date Filed: 09/12/2024 |
| | Date Terminated: 09/12/2024 |

Assigned to: Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **PHILLIP WALKER**<br>*TERMINATED: 09/12/2024* | represented by | **Jeremy Isard**<br>Federal Community Defender Office - Edpa Trial Unit<br>601 Walnut St Suite 540 West<br>The Curtis Building<br>Philadelphia, PA 19106<br>215-928-1100<br>Email: Jeremy_Isard@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 2111- Federal Robbery; 18 U.S.C. § 113(a)(2) - Assault with the intent to commit any felony; 18 U.S.C. § 113(a)(4) - Assault by striking, beating, and wounding; 18 U.S.C. § 1363 - Destruction | |

of property within the maritime or Territorial Jurisdiction of the United States; 18 U.S.C. § 1752(a)(1) - Enter and remaining in a restricted building or grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(4) - Engaging in physical violence in a restricted building or grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; 40 U.S.C. § 5104(e)(2)(F) - Act of violence in the Capitol grounds or buildings; 40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

**Plaintiff**

| | |
|---|---|
| USA | represented by **JEE-EUN JEANETTE KANG**<br>U.S. ATTORNEY'S OFFICE - EDPA<br>615 CHESTNUT ST SUITE 1250<br>PHILADELPHIA, PA 19106<br>215-861-8204<br>Email: jeanette.kang@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2024 | | Arrest (Rule 40) of PHILLIP WALKER (mac) (Entered: 09/13/2024) |
| 09/12/2024 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE CRAIG M. STRAW in Courtroom 5A: Initial Appearance/AC in Rule 5(c)(3) Proceedings as to PHILLIP WALKER held on 9/12/24. Court Reporter ESR.(mac) (Entered: 09/13/2024) |
| 09/12/2024 | 2 | BAIL STATUS AND ORDER AS TO PHILLIP WALKER. THE DEFENDANT HAVE AGREED TO CONDITIONS OF RELEASE. THE COURT APPROVES THE CONDITIONS. SEE ATTACHED CONDITIONS OF RELEASE ORDER. DEFENDANT STIPULATED TO IDENTITY. Signed by MAGISTRATE JUDGE CRAIG M. STRAW on 9/12/24.9/13/24 Entered and Copies E-Mailed. (mac) (Entered: 09/13/2024) |
| 09/12/2024 | 3 | O/R Bond Entered as to PHILLIP WALKER in amount of $ 50,000, (Attachments: # 1 Attachment)(mac) (Entered: 09/13/2024) |
| 09/12/2024 | 4 | WAIVER of Rule 5(c)(3) Hearing by PHILLIP WALKER (mac) (Entered: 09/13/2024) |
| 09/12/2024 | 5 | ORDER SETTING CONDITIONS OF RELEASE AS TO PHILLIP WALKER (1) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $50,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE CRAIG M. STRAW on 9/12/24.9/13/24 Entered and Copies E-Mailed. (mac) (Entered: 09/13/2024) |

| 09/12/2024 | 6 | ORDER DIRECTING DEFENDANT TO APPEAR IN DISTRICT OF COLUMBIA AS TO PHILLIP WALKER. Signed by MAGISTRATE JUDGE CRAIG M. STRAW on 9/12/24.9/13/24 Entered and Copies E-Mailed. (mac) (Entered: 09/13/2024) |
|---|---|---|
| 09/16/2024 | | ***Transferred Case as to PHILLIP WALKER to the District of Columbia. (ap) (Entered: 09/16/2024) |